**Renee M. Stewart**, OSB #891259
Attorney for Robert Cram and Guardian Ad-Litem for M.R., H.C., and V.C.
Internet E-Mail: lawyo@wvi.com
PO Box 816, Mill City, OR 97360
Tel. (503) 897-3494
Fax. (503) 897-3494

Sarah Cram, Pro Se
Plaintiff and Guardian Ad-Litem for M.R., H.C., and V.C.
PO Box 573
Gates, OR 97346

FILED '09 MAR 10 13:47 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ROBERT CRAM, INDIVIDUALLY; SARAH CRAM, INDIVIDUALLY; and ROBERT CRAM and SARAH CRAM, AS GUARDIANS AD-LITEM FOR M.R., H.C., V.C.;<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF OREGON, DEPARTMENT OF HUMAN SERVICES (DHS); LINN COUNTY SHERIFF; LINN COUNTY DISTRICT ATTORNEY; JESSICA LUCICH, INDIVIDUALLY, AND AS AGENT FOR DHS; OFFICER SALLY JO DONAHUE, INDIVIDUALLY, AND AS AGENT FOR LINN COUNTY SHERIFF; BRENDAN KANE, INDIVIDUALLY AND AS AGENT FOR LINN COUNTY DISTRICT ATTORNEY; JODY MEEKER, INDIVIDUALLY AND AS AGENT FOR LINN COUNTY JUVENILE CONSORTIUM; JENNIFER RHINEHART, AS AN AGENT FOR DHS, | Civil Case No. 6:08-CV-6365-HO<br><br>PLAINTIFFS' MOTION TO DISMISS DEFENDANT JODY MEEKER AND ORDER |

Page 1 -   PLAINTIFFS' MOTION TO DISMISS DEFENDANT
           JODY MEEKER AND ORDER

Renee M. Stewart
Attorney at Law
P.O. Box 816
Mill City, OR 97360
OSB # 89125
503-897-3494

      Defendants.     )
                  )

Plaintiffs move that Defendant Jody Meeker be dismissed from the above entitled action with no costs or attorney fees awarded to either party.

DATED this 5 day of March, 2009.

/s/ Renee M. Stewart
Renee M. Stewart, OSB# 891259
Attorney for Robert Cram and Guardian
  Ad-Litem for M.R., H.C., and V.C.

s/ Sarah Cram
Sarah Cram, Pro Se
Plaintiff and Guardian Ad-Litem for
  M.R., H.C., & V.C.

===============================================================

ORDER

IT IS SO ORDERED that Plaintiffs' motion to dismiss Defendant Jody Meeker from the above entitled action with no costs or attorney fees awarded to either party is granted.

DATED this 7th day of March, 2009.

_____
Judge Michael Hogan

Submitted By:
Renee M. Stewart, OSB# 891259
Attorney for Robert Cram and Guardian
  Ad-Litem for M.R., H.C., and V.C.
PO Box 816, Mill City, OR 97360
Tel. (503) 897-3494

Sarah Cram, Pro Se
Plaintiff and Guardian Ad-Litem for
  M.R., H.C., & V.C.
PO Box 573
Gates, OR 97346

Page 2 - PLAINTIFFS' MOTION TO DISMISS DEFENDANT
     JODY MEEKER AND ORDER

Renee M. Stewart
Attorney at Law
P.O. Box 816
Mill City, OR 97360
OSB # 89125
503-897-3494